The redacted version of the following U.S. District Court violation notice is not available:

| Location Code | Violation Number | Officer | Date of Offense |
|---|---|---|---|
| WGT | 9127024 | CARDENAS | 06/23/2023 |

**THE CHARGE ON THE VIOLATION NOTICE**

| Offense Charged | Offense Description |
|---|---|
| 36CFR2.17(a)(1) | OPERATING AIRCRAFT ON LANDS PROHIBITED BY SPECIAL REGS |

| Defendant Name |
|---|
| SMITH, PETER A S |

| Initial Court Appearance |
|---|
| MANDATORY - You must appear in court |

| Court Address | Date/Time |
|---|---|
| US MAGISTRATE JUDGE<br>U.S. COURTHOUSE<br>145 E. SIMPSON<br>JACKSON, WY 83001 | 08/15/2023<br>09:00 AM |