UNITED STATES DISTRICT COURT

DISTRICT OF WYOMING

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 23-PO-00382-SAH |
| V. | ) | |
| | ) | |
| PETER SMITH, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER REQUIRING BILL OF PARCICULARS**

This matter has come before the Court upon a Motion for Bill of Particulars filed by Peter Smith. In the Motion, the Court is advised that Peter Smith requires the Government to reveal specifics of the charges which have been brought against him. The Court recognizes that without the particulars of the charge being revealed, Peter Smith is unable to adequately and properly prepare his defense and proceed to trial. Therefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT the Government will provide an effective Bill of Particulars revealing the specifics of the offenses alleged against Peter Smith. The Government will reveal these specifics:

A. The specific FAA regulation(s) violated by Peter Smith on June 23, 2023.

B. The manner and method by which Peter Smith is alleged to have violated the specific FAA regulation(s).

C. The "special regulations" referred to in §2.17 (a)(1) in effect on June 23, 2023, which designated locations where operation of aircraft on lands or waters was permitted.

D. The precise time and location where the alleged violation(s) of FAA regulation(s) occurred.

  E. Precise weather conditions at the time and location where the alleged violation(s) of FAA regulation(s) occurred.

  F. The manner and method by which a report was provided to law enforcement that a helicopter had landed at Moran Bay in Grand Teton National Park.

  G. The names and addresses of all persons who observed the alleged violation of FAA regulation(s) by Peter Smith on June 23, 2023.

  H. Identification of all law enforcement personnel who observed violation(s) of FAA regulation(s) or participated in investigating violation(s) of FAA regulations by Peter Smith.

  I. The names, addresses and statements of all witnesses who observed violation(s) of FAA regulation(s) by Peter Smith.

Dated this _____ day of August, 2023.

                     _____
                         Magistrate Judge